**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CYNTHIA L. JOHNSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:22-21851 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/21/2022 and confirmed on 11/15/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,320.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,320.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 1,216.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,616.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   UNITED BANK <br>     Acct: 3291 | 0.00 | 4,147.92 | 0.00 | 4,147.92 |
|   UNITED BANK <br>     Acct: 3291 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FAYETTE COUNTY TAX CLAIM BUREAU* <br>     Acct: 0007 | 800.00 | 0.00 | 0.00 | 0.00 |
|   FAYETTE COUNTY TAX CLAIM BUREAU* <br>     Acct: 0007 | 4,230.57 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA D/B/A CHR <br>     Acct: 3482 | 22,274.91 | 9,600.85 | 2,136.21 | 11,737.06 |
|   ROCKET MORTGAGE LLC FKA QUICKEN <br>     Acct: 4034 | 76,571.58 | 0.00 | 0.00 | 0.00 |
| | | | | 15,884.98 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CYNTHIA L. JOHNSON <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 22-21851 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CYNTHIA L. JOHNSON | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1851 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4034 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 813.96 | 0.00 | 813.96 |
| Acct: 2029 | | | | |
| BREEZE LINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9718 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8742 | | | | |
| GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,015.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1208 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 769.21 | 0.00 | 0.00 | 0.00 |
| Acct: 0510 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 2,994.25 | 0.00 | 0.00 | 0.00 |
| Acct: 9595 | | | | |
| KEITH J PAPPAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 813.96 |
| **TOTAL PAID TO CREDITORS** | | | | 16,703.94 |

TOTAL CLAIMED
 PRIORITY              505.00
 SECURED            103,877.06
 UNSECURED           4.778.57

Date: 08/06/2025                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com